**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROBERT L. SMITH**                                                                  **PLAINTIFF**

**V.**                                                    **NO. 4:11CV018-P-D**

**VICKIE T. CAWTHON**                                              **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

THIS the 25th day of March, 2011.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE